**ORDERED ACCORDINGLY.**

Dated: September 13, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>TERESA ARMIJO,<br><br>Debtor. | In Proceedings Under Chapter 7<br><br>**No.** 2:10-bk-24066 GBN<br><br>**ORDER OF ABANDONMENT OF PROPERTY RE: RESIDENCE LOCATED AT 10955 E. El Rancho, Scottsdale, Arizona 85259** |

Debtor having filed a Motion to Abandon Property by Trustee in regards to the Debtor's residence,

The Court finds,

(1) The Motion and Notice of Time to Object were duly served to all parties listed on the Master Mailing List;

(2) There are no timely objections to the Motion; and

(3) Upon good cause,

///

///

///

IT IS ORDERED granting Debtor's Motion and Ordering the Trustee to Abandon any Claim of Interest by the Bankruptcy Estate in the residence at 10955 E. El Rancho, Scottsdale, Arizona 85259.

**ORDER SIGNED ABOVE**

**Original** Electronically lodged September 7, 2010